**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maurice McAlister and Diane S. McAlister, husband and wife, | )<br>)<br>) Case No.: 2:05-CV-3550-PCT-JAT |
| Plaintiffs, | ) |
| vs. | ) ORDER |
| Trailwagons of California, Inc.; et al., | ) |
| Defendant. | ) |

      Defendant Wheeler's Las Vegas (Wheeler's) has filed a motion to dismiss for failure to prosecute (doc. #34). Wheeler's also asks for an award of attorneys' fees. Local Rule of Civil Procedure 41.1 allows the Court to dismiss an action if no proceedings have been held for six or more months. Because Plaintiffs repeatedly have failed to appear and respond in this action, the Court will grant the motion to dismiss.

      Wheeler's removed this case from state court on November 3, 2005. The Court set a Rule 16 Scheduling Conference for September 18, 2006 (doc. #24). On September 11, 2006, the Court set a show cause hearing for September 18, 2006, ordering Plaintiffs to appear and show cause why the Court should not sanction them for failing to file a proposed case

management plan (doc. #25). The Court continued the show cause hearing to October 23, 2006 on Wheeler's motion (doc. #28).

At the October 23 Scheduling Conference and show cause hearing, the Court ordered another show cause hearing for November 7, 2006 (doc. #29). The Court ordered Plaintiffs and Plaintiffs' counsel to appear in person and show cause why the case should not be dismissed and why sanctions should not be imposed against Plaintiffs' counsel. (Id.). Neither Plaintiffs nor their counsel appeared for the November 7 hearing. As a result, the Court issued an order on November 8, 2006 sanctioning Plaintiffs and Plaintiffs' counsel in the amount of $300. On December 18, 2006, the Court ordered Walter Gilmore Shaw, Plaintiffs' counsel, to file written proof of payment of the $300 within ten days. Mr. Shaw never filed the required proof.

Plaintiffs and Plaintiffs' counsel have not taken any action in this case for over a year. Further, they repeatedly have ignored this Court's orders. The Court therefore will grant the motion to dismiss for failure to prosecute.

The Court will not grant Defendant's request for attorneys fees at this time, but invites Defendant to file a motion for attorneys fees with a supporting memorandum that complies with Local Rule of Civil Procedure 54.2(d) & (e).

Accordingly,

IT IS ORDERED GRANTING Defendant Wheeler's Motion to Dismiss (doc. #34).

DATED this 29th day of June, 2007.

_____
James A. Teilborg
United States District Judge